UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

_____

IN RE: JUSTIN & AVERI BATES    CHAPTER 7
    Debtors    CASE NO. 12-50400-RBC-7
_____

## MOTION FOR TURNOVER OF NON-EXEMPT PERSONAL PROPERTY

TO THE HONORABLE JUDGE REBECCA B. CONNELLY, U.S. BANKRUPTCY JUDGE:

    Comes now Robert Stevens, Trustee in the above-styled case, and moves the Court for the entry of an order pursuant to Bankruptcy Code § 542 requiring the Debtor(s) to turn over to the Trustee at the Trustee's office their non-exempt personal property, to-wit: $2513.00 in proceeds from her tax refunds, other cash and redemption of equity in a tractor.

## NOTICE OF HEARING

    **PLEASE TAKE NOTICE** that the undersigned Trustee, by counsel, will move the United States Bankruptcy Court for the relief requested in this **Motion,** at a hearing in **Federal Courtroom, 3rd Floor, U.S. Courthouse, 116 N. Main Street, Harrisonburg, VA,** on **February 19, 2014 at 10:00 A.M.**, or as soon thereafter as the parties may be heard.

    Dated:   January 20, 2014.

    Respectfully submitted,

    Robert Stevens, Chapter 7 Trustee
    By Counsel

/s/ Robert S. Stevens
_____
Robert S. Stevens, Esq.
2340-B Commonwealth Drive
Charlottesville, Va. 22901
(434) 973-5012; fax: 270-596-3752
    Chapter 7 Trustee

## **CERTIFICATE OF SERVICE**

        I hereby certify that a true copy of the foregoing Motion was mailed, postage prepaid, on January 20, 2014, to the Debtor(s) at the address set forth in the petition and mailed to or electronically served on counsel to Debtor(s).

                                                   /s/ Robert Stevens